UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Margaret Norby, | Civil No. 18cv00873 PAM/HB |
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL** |
| Home Energy Center, Inc., et al., | |
| Defendants. | |

_____

The court having been advised that the above case has been settled,

**IT IS HEREBY ORDERED** that this action is dismissed, without prejudice, the Court reserving jurisdiction for sixty (60) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment.

Dated:   July 18, 2018

*s/ Paul A. Magnuson*
PAUL A. MAGNUSON
United States District Judge